Michael A. SCOTT, Plaintiff-Appellant,

v.

NORFOLK SOUTHERN CORPORA-TION; Kenneth E. William; Steven G. Jackson; Elias I. Vega, Defendants-Appellees.

Michael A. Scott, Plaintiff-Appellant,

v.

Norfolk Southern Corporation, Defendant-Appellee.

No. 16-1227, No. 16-1228

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2016

Decided: July 27, 2016

Michael A. Scott, Appellant Pro Se. Samuel Johnson Webster, WILLCOX & SAVAGE, PC, Norfolk, Virginia; Roy Bar-row Blackwell, Hunter Wilmer Sims, Jr., KAUFMAN & CANOLES, PC, Norfolk, Virginia, for Appellees.

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Michael A. Scott appeals the district court's orders denying his Fed. R. Civ. P. 60(b)(4) motion and his motion for reconsideration. We grant Scott's motion for leave to proceed in forma pauperis. We have reviewed the record and affirm for the reasons cited by the district court. Scott v. Norfolk S. Corp., No. 2:95-cv-00377-RBS; 2:95-cv-00815-RBS (E.D. Va. Jan. 22, 2016; Feb. 22, 2016). We deny the Appellees' motion for sanctions. We dispense with oral argu-ment because the facts and legal conten-tions are adequately presented in the ma-terials before the court and argument would not aid the decisional process.

AFFIRMED